**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **TRUONG LY VAN,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )    **CIV-06-1248-R** |
| | ) |
| **ALBERTO GONZALES, et al.,** | ) |
| | ) |
|     **Respondents.** | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 4, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice as moot.

**It is so ordered this 25th day of January, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE